# Third District Court of Appeal

## State of Florida

Opinion filed October 1, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2131
Lower Tribunal No. F04-9267

_____

**Morin Cherfrere,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Carlos J. Martinez, Public Defender, and Deborah Prager, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before SCALES, C.J., and EMAS, and GOODEN, JJ.

PER CURIAM.

Affirmed. See Henry v. State, 948 So. 2d 609, 616 (Fla. 2006) ("To prevail on his claim of ineffective assistance of counsel, Henry must show *both* deficient performance and prejudice arising from this deficiency."); see also Calhoun v. State, 312 So. 3d 826, 846 (Fla. 2019) ("Calhoun's claim is, thus, too speculative to support postconviction relief."); State v. Larzelere, 979 So. 2d 195, 211 (Fla. 2008) ("Larzelere has not shown counsel to be ineffective for not calling a concrete expert because she had not demonstrated what an individual qualified as a concrete expert would have testified to in this case or how such testimony would cast doubt on her guilt."); Connor v. State, 979 So. 2d 852, 863 (Fla. 2007) ("Relief on ineffective assistance of counsel claims must be based on more than speculation and conjecture."); Jones v. State, 845 So. 2d 55, 64 (Fla. 2003) ("Postconviction relief cannot be based on speculative assertions.").